NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALFRED DAVIS,                              )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No.  2D15-4663
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
                                           )
_____)

Opinion filed April 13, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Alfred Davis, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.